IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STEVE BARGER,
    Plaintiff,

vs.                                        Case No.: 3:15cv504/MCR/EMT

M. HAYSE, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk.  Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1).  By order of this court dated November 12, 2015, Plaintiff was given thirty (30) days in which to file an amended complaint and, to submit a complete motion to proceed in forma pauperis or pay the filing fee in the amount of $400.00 (*see* ECF No. 3).  Plaintiff failed to file an amended complaint, submit a complete motion to proceed in forma pauperis or pay the filing fee by the deadline; therefore, on December 16, 2015, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 4).  The time for compliance with the show cause order has now

elapsed, and Plaintiff has failed to file an amended complaint, submit a motion to proceed in forma pauperis or pay the filing fee, or show cause for his failure to do so.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 3rd day of February 2016.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.